UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAL-PRO, INC., a corporation doing business as VALLEY FRUIT & PRODUCE COMPANY,<br><br>  Plaintiff,<br>v.<br><br>MICHAEL DAVID WILLIAMS and TODD R. SPITZER,<br><br>  Defendants. | Civil No. 05CV1118 JAH (AJB)<br><br>**ORDER DIRECTING THE CLERK OF COURT TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT MICHAEL DAVID WILLIAMS** |

On December 14, 2006, this Court held a hearing on plaintiff Val-Pro, Inc., d/b/a Valley Fruit & Produce Co. ("plaintiff"), motion for entry of default judgment against defendant Michael David Williams ("defendant Williams"). Default as to defendant Williams was entered on July 24, 2006, and defendant Williams did not appear at the hearing on plaintiff's motion. At the hearing, the Court found that defendant had defaulted for failure to respond to the complaint, and granted plaintiff's motion for default judgment in the amount of $78,645.06 for damages under 7 U.S.C. § 499e. This Court did not issue a written order requiring the Clerk of Court to enter judgment at that time, instead, ordered plaintiff's counsel to submit supplemental briefing on attorneys' fees and costs to be added to the requested judgment amount.

On May 25, 2007, after having received and reviewed plaintiff's counsel's supplemental briefing regarding attorneys' fees and costs, this Court entered an order affirming its prior grant

of default judgment and amending the award to include an additional $11,451.27 in attorneys' fees and costs, for a total default judgment award in the amount of $90,105.33 against defendant Williams, jointly and severally with co-defendant Spitzer, along with post-judgment interest from the date of entry of judgment at the rate of 18% per annum until paid. *See* Doc. # 32. This Court now deems it appropriate to direct the clerk to enter judgment in the amount awarded on December 14, 2006 and May 25, 2007.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall enter default judgment against defendant Michael David Williams, jointly and severally with co-defendant Spitzer, in the amount of $90,105.33, together with post-judgment interest at the rate of eighteen percent (18%) per annum from the date of entry of judgment until paid.

Dated:   September 20, 2007

_____
HON. JOHN A. HOUSTON
United States District Judge